Nicholas D'andre Thomas
Name

Shawnee County Adult Jail Cell 4 "s" 8
501 South East AVE. Topeka, Kansas 66607
Address

FILED
JUL 15 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

22-3143-SAC

Nicholas Thomas, Plaintiff
*(Full Name)*

CASE NO. 26-cr-2751
(To be supplied by the Clerk)

V.

Det. Ryan Hayden, 043, Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Nicholas Thomas (Plaintiff), is a citizen of Kansas (State) who presently resides at 501 South east 8th AVE. Shawnee County Jail Cell 4 "s" 8 (Mailing address or place of confinement.)

2) Defendant Det. Ryan Hayden, 043 (Name of first defendant) is a citizen of Topeka, Kansas (City, State), and is employed as Topeka Police Department (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

_____

_____

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant _____ is a citizen of
   (Name of second defendant)

_____, and is employed as
   (City, state)

_____. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

If Deft. Ryan Hayden, 043 Would have obeyed K.S.A 31-1154, K.S.A 17-12a505, K.S.A 45-2203 that prohibits the officer from using a false statement for determing probable cause when he submitted a false statement on page 0080 of criminal complaint #2020-00045468, falsely claiming a follow-up report of DNA results for Nicholas Thomas from the Kansas Bureau of Investigation as a possible investigative lead of a DNA association occurring between the DNA profile generated from Anthony Davis's truck door and an Offender DNA profile generated by the Oklahoma Bureau of Investigation for Nicholas Thomas, Without a DNA Submission form submitted to the KBI from Nicholas Thomas and without a DNA submission form submitted to the OBI from Nicholas Thomas, To have Nicholas Thomas Accused, apprehended and put on trial During a preliminary hearing on 3/15/21 and pretrial conference on 6/16/21 in Court room 4L Division 14, Defendant Nicholas Thomas would have been released out of confinement and custody of the Shawnee County Jail, Due to Lack of Probable Cause, on the grounds of Det. Ryan Hayden, 043 Failure to produce evidence with Inventory receipt sufficient to support a claim

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: K.S.A 32-1159 preservation of evidence of criminal offenses; liability for storage fees (a) If a law enforcement officer has probable cause to believe that a vessel or its contents contain evidence tending to show that a criminal offense has been committed or that a particular person has committed an offense, the officer may take whatever steps are reasonable to ensure the preservation of the evidence, including safe storage of the vessel or its contents. 43 U.S.C.A § Transcripts of records as evidence, Rule 27, Proving an official record - (FRCrP) 18 U.S.C.A § 3600A preservation of biological evidence, U.S. Const. 14th amendment, 4th amendment, and 5th amendment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

If Det. Ryan Hayden, #43 would have obeyed K.S.A 32-1159 that prohibits an officer from failing to preserve evidence admissible for determining probable cause, when he submitted a false statement on page 0030 of criminal complaint #2020-0845468, falsely claiming a follow-up report of DNA results for Nicholas Thomas from the Kansas Bureau of Investigation as a possible investigative lead of a DNA association occurring between the DNA profile generated from Anthony Davis's truck door and an Offender DNA profile generated by the Oklahoma Bureau of Investigation for Nicholas Thomas, Without a DNA Submission form submitted to the KBI from Nicholas Thomas and without a DNA Submission form submitted to the OBI from Nicholas Thomas, To have Nicholas Thomas arrested, apprehended and put on trial. During a pretrial conference on 6/15/21 and a preliminary hearing on 3/15/21 in court room 4C, Division: 14, Defendant Nicholas Thomas would have been released from Shawnee County police custody and confinement due to lack of probable cause, lack of prosecution, and false statements, on the grounds of Det. Ryan Hayden, #43 failure to produce evidence with inventory custody receipt sufficient to support a claim.

B) (1) Count II: K.S.A 17-12a565 misleading filings; coercion; obstruction (c) It is unlawful for any person to: alter, destroy, shred, mutilate, conceal, cover up or falsify any record with the intent to impede, obstruct or influence any investigation by the administrator or the administrator's designee. 18 U.S.C.A § 1001 statements or entries generally, United States Const. 4th, 5th, and 14th amendment

(2) Supporting Facts: If Det. Ryan Hayden, #43 would have obeyed K.S.A 17-12a565 that prohibits an officer from falsifying an record, when he submitted a false statement on page 0030 of criminal complaint #2020-0845468, falsely claiming a follow-up report of DNA results for Nicholas Thomas from the Kansas Bureau of Investigation as a possible investigative lead of a DNA association occurring between the DNA profile generated from Anthony Davis's truck door and an Offender DNA profile generated by the Oklahoma Bureau of Investigation for Nicholas Thomas, Without a DNA Submission form submitted to the KBI from Nicholas Thomas and without a DNA Submission form submitted to the OBI from Nicholas Thomas, To have Nicholas Thomas arrested, apprehended and put on trial. During a preliminary hearing on 03/15/21 and a pretrial conference on 6/15/21 in court room 4C, Division: 14, Defendant Nicholas Thomas would have been released from Shawnee County police custody and confinement due to lack of probable cause, lack of prosecution, and false statements, on the grounds of Det. Ryan Hayden, #43 failure to produce evidence with inventory custody receipt sufficient to support a claim.

C) (1) Count III: K.S.A 48-2203 (KCMJ Art. 9) imposition of restraint (d) No person may be ordered apprehended or into arrest or confinement except for probable cause. 18 U.S.C.A § 242 Deprivation of rights under color of law (FRCrP) Rule 42, Criminal contempt (i)(ji) 10 U.S.C.A § 809, Art 9 imposition of restraint (FRCrP) rule 3. The Complaint, U.S Const. 6th, 5th, and 14th Amendment.

(2) Supporting Facts: If Det. Ryan Hayden #43 would have obeyed K.S.A 48-2203 that prohibits an officer from detaining a person without probable cause, when he used a false statement on page 0050 of Criminal Complaint 2020-0001584618 falsely claiming DNA results for Nicholas Thomas from the Oklahoma Bureau of Investigation and the Kansas Bureau of Investigation with out a DNA submission form submitted from Nicholas Thomas to the OBI and the KBI, To have Nicholas Thomas apprehended, arrested and put on trial. During a Preliminary hearing on 3/15/21 and a pretrial conference on 10/14/21 in Courtroom 506, Division 14. Defendant Nicholas Thomas would have been released from Shawnee County Police custody and confinement due to lack of probable cause, lack of prosecution, and false statement. On the grounds of Det. Ryan Hayden #43 Failure to produce evidence with inventory receipt sufficient to support a claim.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

   d) Issues raised _____

   _____

    e) Approximate date of filing lawsuit _____

    f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

*The complaint has not made into a court from* _____

_____

_____

_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

*Liberty relief, color relief, justice relief, Freedom relief, Life relief, State relief, Unlawful relief, Money relief, monetary relief, labor relief, release relief, judicial relief, color relief, hearing relief, Preliminary relief, Prayer of relief, Substantive relief, Declaratory relief, Further relief, Slave relief, Temporary relief, anticipatory relief, Injunctive relief, Punitive relief, stress relief, Confinement relief, Hunger relief, Statuary relief, Correction relief, Color relief, Tort relief, Identification relief, fourth amendment relief, U.S Const. 4th amendment color relief, Constitutional relief, law relief, Fiduciary relief, Recovery relief*

_____      *(Nicholas Thomas)*
Signature of Attorney (if any)     Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82      CIVIL RIGHTS COMPLAINT §1983      5